Harris Structural Steel Company, Inc., Appellant, *v.* Mary H. Dean, Individually and as Administratrix of the Estate of John A. Hoff, Deceased, et al., Respondents.

Supreme Court, Appellate Term, First Department, April 18, 1945.

*Arthur K. Wing* and *James G. Purdy* for appellant.

*Morris Zweibel* and *Robert X. Kuzmier* for respondents.

HAMMER, EDER and HECHT, JJ., concur.